# United States District Court

Middle DISTRICT OF Alabama

VICKY JONES, an individual;

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 3:05CV420-F

JAMES FUNK, an individual;
UNITED STATES OF
AMERICA,

TO: (Name and address of defendant)

United States of America
Department of the Army, Headquarters,
United States Aviation Center & Ft. Rucker
453 Novsel St.
Ft. Rucker, Alabama 36362-5105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard F,. Horsley
Goozée, King & Horsley, LLP
Shades Brook Building, Suite 200
3300 Cahaba Road
Birmingham, Alabama 35223

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                5/20/05

CLERK                                           DATE

[signature]

(BY) DEPUTY CLERK

7001 2510 0006 9766 2356

# United States District Court

<u>       Middle       </u> DISTRICT OF <u>       Alabama       </u>

VICKY JONES, an individual;

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

JAMES FUNK, an individual;
UNITED STATES OF
AMERICA,

TO: (Name and address of defendant)

    Leura Canary
    U.S. Attorney
    PO Box 197
    Montgomery, Alabama 36101-0197

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

```
Richard F,. Horsley
Goozée, King & Horsley, LLP
Shades Brook Building, Suite 200
3300 Cahaba Road
Birmingham, Alabama 35223
```

an answer to the complaint which is herewith served upon you, within <u>  20  60  </u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_       DATE  5/20/05

CLERK

(BY) DEPUTY CLERK

# United States District Court

Middle _____ DISTRICT OF _____ Alabama

VICKY JONES, an individual;

V.

JAMES FUNK, an individual;
UNITED STATES OF
AMERICA,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:05CV420-F

TO: (Name and address of defendant)

Alberto R. Gonzales
U.S. Attorney General
U.S. Department of Justice
10th & Constitutional Avenue
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard F,. Horsley
Goozée, King & Horsley, LLP
Shades Brook Building, Suite 2 0
3300 Cahaba Road
Birmingham, Alabama 35223

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

[signature]

DEPUTY CLERK

5/20/05

DATE