**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Leura Canary
U.S. Attorney
PO Box 197
Montgomery, Alabama 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Nancy Cain_     ☐ Agent     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

_Nancy Cain_     5/23/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

_3:05CV420 - F_
_Sec_     (60)

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7001 2510 0006 9766 2325

102595-02-M-1540

PS Form 3811, February 2004     Domestic Return Receipt