**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tonya D. Harris_  ☒ Agent  ☐ Addressee

B. Received by (*Printed Name*)  _Tonya D. Harris_

C. Date of Delivery  _23 May 05_

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:  _3:05CU 420-F Ste_

1. Article Addressed to:

USA Dept of Army, Headquarters,
U.S. Aviation Center &
Ft. Rucker
453 Novsel St.
Ft. Rucker, AL 36362 5105

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)  7001 2510 0006 9766 2356

102595-02-M-1540

PS Form 3811, February 2004          Domestic Return Receipt