IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:05-cv-420-F |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss, or in the alternative, for Summary Judgment (Doc. #6) filed on July 22, 2005, it is hereby ORDERED that:

1. The plaintiff file his/her response which shall include a brief and any evidentiary materials on or before August 8, 2005.

2. The defendants may file a reply brief on or before August 15, 2005.

DONE this 26th day of July, 2005.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE