**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 5, 2005

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Jones v. United States of America

Case No.:    3:05cv420-F
             Document 9 Motion to Dismiss

This Notice of Correction was filed in the referenced case this date to reflect that Document #9 is a Response to the Motion to Dismiss (Doc. #6) rather than a Motion . This Motion has been terminated and Doc. #9 entry has been corrected to reflect that this is a Response.