IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.: 03: 05-cv-0420-F |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF MATERIAL FACT**

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the Plaintiff, by and through her attorney of record, Richard F. Horsley, Esq., and jointly stipulate as follows:

The automobile accident which gave rise to the instant action did, in fact, occur on April 13, 2002.

I hereby certify that both parties agree that the foregoing be electronically filed with the Clerk of the Court by the Defendant on this 15th day of September, 2005.

| | |
|---|---|
| s/Richard F. Horsley | s/R. Randolph Neeley |
| Richard F. Horsley | R. Randolph Neeley |
| GOOZEE, KING & HORSLEY, L.L.P. | Assistant United States Attorney |
| Shades Brook Building, Suite 200 | Bar Number: 9083-E56R |
| 3300 Cahaba Road | Post Office Box 197 |
| Birmingham, AL 35223 | Montgomery, AL  36101-0197 |
| Telephone No.: (205) 871-1310 | Telephone No.: (334) 223-7280 |
| Facsimile No.:  (205) 871-1370 | Facsimile No.: (334) 223-7418 |
| Attorney for Plaintiff | Attorney for Defendant |
| Email: rfhala@cs.com | Email: Rand.Neeley@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to Plaintiff's attorney, Richard F. Horsley, Esq.

        Respectfully submitted,

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**