# Attachment 5

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 03: 05-cv-0420-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF MATERIAL FACT

Comes now the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and the plaintiff, by and through her attorney of record, Richard F. Horsley, Esq., and jointly stipulate as follows:

The automobile accident which gave rise to the instant action did, in fact, occur on April 13, 2002.

I hereby certify that both parties agree that the foregoing be electronically to the Clerk of the Court by the defendant on this 15th day of September, 2005.

s/Richard F. Horsley
Richard F. Horsley
GOOZEE, KING & HORSLEY, L.L.P.
Shades Brook Building, Suite 200
3300 Cahaba Road
Birmingham, AL 35223
Telephone No.: (205) 871-1310
Facsimile No.: (205) 871-1370
Attorney for Plaintiff
Email: rfhala@cs.com

s/R. Randolph Neeley
R. Randolph Neeley
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
Attorney for Defendant
Email: Rand.Neeley@usdoj.gov



DEFENDANT'S EXHIBIT
CASE NO. 3:05-cv-420-F
EXHIBIT NO. 5

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to Plaintiff's attorney, Richard F. Horsley, Esq.

s/R. Randolph Neeley
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
Attorney for Defendant
Email: Rand.Neeley@usdoj.gov
