IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO.: 03: 05-cv-0420-F |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

### DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING THE COURT'S REVIEW OF ITS SUBJECT MATTER JURISDICTION

    Comes now the Defendant, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and requests that all proceedings in this matter be stayed pending the Court's resolution of whether it has subject matter jurisdiction, and as grounds states as follows:

    The defendant has filed a Notice of Suggestion that the Court lacks subject matter jurisdiction over the instant cause. In the interest of judicial economy and the prudent use of valuable government resources it is respectfully requested that all proceedings and deadlines in this matter be stayed until such time as the Court has determined whether it has subject matter jurisdiction over the instant matter.

    The undersigned was unable to reach counsel for the plaintiff to determine his position on this request.

Respectfully submitted this 15th day of September, 2005.

                                   LEURA G. CANARY
                                   United States Attorney

By:   s/R. Randolph Neeley
          R. RANDOLPH NEELEY
          Assistant United States Attorney
          Bar Number: 9083-E56R
          Attorney for Defendant
          Post Office Box 197
          Montgomery, AL  36101-0197
          Telephone No.: (334) 223-7280
          Facsimile No.: (334) 223-7418

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, Richard F. Horsley, Esq.

                                   s/R. Randolph Neeley
                                   Assistant United States Attorney