IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:05-cv-420-F |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Stay (Doc. #15) filed on September 15th hereby

ORDERED that the plaintiff show cause in writing on or before October 18, 2005 as to why the motion should not be granted.

DONE this 6th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE