IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:05-cv-420-F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the Government's Motion to Stay (Doc. #16) filed on September 15, 2005, it is hereby

ORDERED that the motion is DENIED.

DONE this 27th day of October, 2005.

                                             /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE