IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICKY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 03: 05-cv-0420-F |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING MEETING**

1. **Appearances.** Pursuant to Fed. R. Civ. P. 26(f), discussions were held on October 28, 2005 and November 18, 2005, between the following participants or their representatives:

   Richard F. Horsley, Esq.
   Attorney for Plaintiff

   R. Randolph Neeley, Assistant U.S. Attorney
   Office of the United States Attorney
   Attorney for Defendant

2. **Pre-Discovery Disclosures.** The parties will exchange by December 9, 2005 the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   a. Discovery will be needed on the following subjects:

      1. All information pertaining to Plaintiff' claims and damages.

      2. All information pertaining to Defendants' defenses.

   b. All discovery commenced in time to be completed by September 6, 2006.

    c.    There will be a maximum of 25 interrogatories by each party to any other party. The responses will be due 30 days after service.

    d.    There will be a maximum of 30 requests for production of documents by each party to any other party. The responses will be due 30 days after service.

    e.    There will be a maximum of 25 requests for admission by each party to any other party. Responses will be due 30 days after service.

    f.    The parties agree that no more than 10 depositions may be taken by a party without leave of the court or agreement of the parties. Each deposition is limited to a maximum of 7 hours unless extended by agreement of the parties.

    g.    Reports from retained experts under Rule 26(a)(2) will be due from Plaintiff by March 6, 2006, and from Defendant by April 20, 2006.

    h.    Supplementation of the disclosures under Rule 26(e) will be due within 30 days before the end of the discovery period.

4.    **Other items.**

    a.    **Scheduling Conference**
The parties do not request a conference with the court before entry of the scheduling order.

    b.    **Pretrial Conference**
The parties request a pretrial conference in September, 2006.

    c.    **Additional Parties, Claims and Defenses**
The parties must join additional parties and amend the pleadings by March 6, 2006.

    d.    **Dispositive Motions**
All potentially dispositive motions should be filed by June 6, 2006.

    e.    **Settlement**
Settlement and the possibility of mediation cannot be presently evaluated.

    f.    **Trial Evidence**
The final list of witnesses and trial evidence under Rule 26(a)(3) should be due

three weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

g. **Trial Date**
This case should be ready for trial by November 6, 2006, and at this time is expected to take approximately 2 days of trial time.

I, the undersigned Assistant United States Attorney, do hereby certify that Counsel for Plaintiff, Richard F. Horsley, Esquire, and I have agreed upon the information contained in this Report and to electronically file same.

Date: November 18, 2005

| | |
|---|---|
| s/Richard F. Horsley | s/R. Randolph Neeley |
| Richard F. Horsley, Esq. | R. Randolph Neeley (NEE002) |
| 3300 Cahaba Rd., Suite 2000 | Office of the United States Attorney |
| Birmingham, AL 35223-2623 | P.O. Box 197 |
| (205) 871-1310 (Voice) | Montgomery, AL 36101-0197 |
| (205) 871-1370 (Fax) | (334) 223-7280 (Voice) |
| Attorney for Plaintiff | (334) 223-7560 (Fax) |
| | Attorney for Defendant |