IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **03:05-cv-0420-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE

Comes now the Defendant, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that the trial of this matter be continued to the term of Court scheduled to commence June 25, 2007, and that all deadlines in this matter be adjusted accordingly, and in support state as follows:

1. The instant action evolves from an automobile collision between the plaintiff and a service member of the United States Army, Sergeant First Class (SFC) James R. Funk. SFC Funk is currently deployed in support of military operations in Iraq and is not scheduled to return to the United States until sometime in December, 2006.

2. Given the above, the defendant respectfully requests that this matter be continued to the term of Court scheduled to commence June 25, 2007, and that all remaining deadlines in this matter be adjusted accordingly. To that extent the parties request that the deadline for dispositive motions be extended until on or about February

13, 2007, and that a pretrial conference in this matter be scheduled for sometime in early to mid May, 2007.

    3.    The interests of fairness and judicial economy will be served by allowing the parties the opportunity to depose SFC Funk and thereafter file any dispositive motions that may be available.

    4.    Counsel for the plaintiff has been contacted and he has no objections to this request.

Respectfully submitted this 20th day of July, 2006.

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY

By:   s/R. Randolph Neeley
      R. RANDOLPH NEELEY
      Assistant United States Attorney
      Bar Number: 9083-E56R
      Attorney for Defendant
      Post Office Box 197
      Montgomery, AL  36101-0197
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to plaintiff's attorney, Richard F. Horsley, Esq.

        s/R. Randolph Neeley
        Assistant United States Attorney