IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VICKY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-CV-420-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the Court on the United States of America's Motion to Continue (Doc. # 25), filed on July 20, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED. A new Scheduling Order has been entered, setting this case on a later trial term. (Doc. # 26.))

DONE this the 4th day of August, 2006.

                                               /s/ W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE