IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 03:05-cv-0420F |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF CHANGE OF ADDRESS

Comes Now Richard F. Horsley, and his firm, Goozee, King & Horsley, counsel for the Plaintiff, and notifies the Court, the Clerk, and all Counsel of Record of the following change of mailing address (all other contact information remains unchanged):

1 Metroplex, Suite 280
Birmingham, AL 35209

All mailings should be henceforth be sent to that address.

By**:** **/s/Richard F. Horsley**
 **Richard F. Horsley**
 **Attorney for Plaintiff**

**OF COUNSEL:**
**GOOZEE, KING & HORSLEY, LLP**
**1 Metroplex, Suite 280**
**Birmingham, AL 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 19th day of February, 2007.

                                               /s/Richard F. Horsley  
                                               **Richard F. Horsley**

**R. Randolph Neeley, Esq.**
**Assistant United States Attorney**
**Post Office Box 197**
**Montgomery, Alabama 36101-0197**