IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **VICKY JONES,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: 03:05-cv-0420F |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|    **Defendant.** ) | |

**NOTICE CONCERNING SETTLEMENT AND MEDIATION**

**COMES NOW** the Plaintiff, Vicky Jones, and hereby submits the Notice Concerning Settlement and Mediation as follows:

The parties in this matter have reached a tentative settlement agreement in this matter. The agreement, however, is awaiting execution pending the execution of an agreement between the insurance carrier for the government driver in this matter and the United States Army Claims Service. It is anticipated that this latter agreement will be fully executed within 10 days and that the parties herein will file a notice of settlement of the instant action shortly thereafter.

Respectfully submitted,

By**:**  /s/Richard F. Horsley
       **Richard F. Horsley**
       **Attorney for Plaintiff**

**OF COUNSEL:**
**KING & HORSLEY, LLP**
**1 Metroplex, Suite 280**
**Birmingham, AL 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 5th day of June, 2007.

      /s/Richard F. Horsley
      **Richard F. Horsley**

**R. Randolph Neeley, Esquire**
**Assistant United States Attorney**
**Post Office Box 197**
**Montgomery, Alabama 36101-0197**