IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| VICKY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 03:05-cv-0420F |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE NOTICE CONCERNING SETTLEMENT AND MEDIATION OUT OF TIME**

**COMES NOW** the Plaintiff, Vicky Jones, and hereby submits the Motion for Leave to File Notice Concerning Settlement and Mediation Out of Time as follows:

The Notice Concerning Settlement Conference and Mediation was due to be filed in this cause on or about May 21, 2007. Due to oversight the attached Notice was not timely filed. The undersigned respectfully requests that the attached be accepted and filed out of time.
.

                    By**:**  /s/Richard F. Horsley
                          Richard F. Horsley
                          **Attorney for Plaintiff**

**OF COUNSEL:**
**KING & HORSLEY, LLP**
**1 Metroplex, Suite 280**
**Birmingham, AL 35209**
**Telephone: (205) 871-1310**
**Facsimile:  (205) 871-1370**
**Email:  rfhala@cs.com**

## CERTIFICATE OF SERVICE

 I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using electronic filing which will send notification of such filing on this the 5th day of June, 2007.

                 /s/Richard F. Horsley
                 Richard F. Horsley

**R. Randolph Neeley, Esquire**
**Assistant United States Attorney**
**Post Office Box 197**
**Montgomery, Alabama 36101-0197**