IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-420-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the plaintiff's Motion for Leave to File Notice Concerning Settlement and Mediation Out of Time (Doc. # 31). It is ORDERED that the motion is GRANTED.

DONE this 6th day of June, 2007.

           /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE