IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-cv-420-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case remains on the pretrial docket for July 18, 2007. The parties are directed to inform the court on or before **July 9, 2007**, as to the status of the settlement referenced in plaintiff's Notice (Doc. # 30).

DONE this 2nd day of July, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE