# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **03:05-cv-0420-MEF** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE CONCERNING SETTLEMENT

Comes now the Defendant, the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and submits the following update regarding the settlement in this matter:

All paperwork necessary to the settlement of this action has been signed and forwarded to the appropriate federal agencies.  It is anticipated that the plaintiff will receive the proceeds of the settlement within the next six (6) weeks.

Respectfully submitted this 9th day of July, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


By:   s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.:

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2007, I electronically filed the foregoing

with the Clerk of the Court using the CM/EDF system which will send notification of

such filing to plaintiff's attorney, Richard F. Horsley, Esq.


  s/R. Randolph Neeley
Assistant United States Attorney