U.S. District Court
Alabama Middle District
Calendar Events Set For **8/20/2007**
Judge William Keith Watkins, Presiding

## OPELIKA, ALABAMA

## JURY SELECTION - JURY TRIAL

## JONES V. USA - 3:05cv420-WKW

---

10:00 AM                                                              ETT   2 days

Richard Freeman Horsley representing Vicky Jones (Plaintiff)

R. Randolph Neeley representing United States of America (Defendant)