IN THE UNITED STATES OF AMERICA
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **VICKY JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:05-cv-420-WKW** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon consideration of the Notice Concerning Settlement (Doc. 35), it is **ORDERED** that the parties shall file their joint stipulation of dismissal **on or before August 31, 2007.**

DONE this 20th day of August, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE