IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

VICKY JONES,  )
             )
   Plaintiff, )
             )
   v.        ) CIVIL ACTION NO.: **3:05-cv-0420-WKW**
             )
UNITED STATES OF AMERICA, )
             )
   Defendant. )

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff, Vicky Jones, and the Defendant, United States of America, through her respective attorney Richard Horsley as follows:

1. That the above-mentioned parties have settled through compromise the above-entitled action.

2. That the parties have complied with the terms and conditions of the agreement and jointly move for dismissal of the pending action with prejudice and without costs.

DATED this ___ day of August, 2007.

Richard Horsley
3300 Cahaba Rd., Suite 2000
Birmingham, AL 35223-2623
Attorney for Plaintiff

LEURA G. CANARY
United States Attorney

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**