IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| VICKY JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 3:05-cv-420-WKW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### ORDER

The parties filed a Joint Stipulation of Dismissal (Doc. # 38). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 27th day of August, 2007.

                                                /s/   W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE